177 So. 919

**C. D. DEATON v. S. T. THOMPSON, Jr., pro ami.**

**6 Div. 210.**

Court of Appeals of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

177 So. 919

**C. D. DEATON v. S. T. THOMPSON, Sr.**

**6 Div. 211.**

Court of Appeals of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

185 So. 920

**Pearlie DeBOSE v. STATE.**

**6 Div. 410.**

Court of Appeals of Alabama.

Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Affirmed.

188 So. 924

**Dixie DeJARNETTE v. STATE.**

**5 Div. 68.**

Court of Appeals of Alabama.

April 4, 1939.

J. B. Atkinson, of Clanton, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed by appellant.

180 So. 898

**Preston DEWBERRY v. STATE.**

**4 Div. 407.**

Court of Appeals of Alabama.

April 5, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

184 So. 913

**J. H. DICKEY v. STATE.**

**3 Div. 807.**

Court of Appeals of Alabama.

Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Affirmed.